Ziad AKL, Plaintiff–Appellant,

v.

Alfred D. SWERSKY; Sarah Haley; Deborah Baum; Karen–Faye McTavish, Defendants–Appellees.

No. 07–1017.

United States Court of Appeals, Fourth Circuit.

Submitted: June 21, 2007.

Decided: June 26, 2007.

Ziad Akl, Appellant Pro Se. James Van Ingold, Office of the Attorney General of Virginia, Richmond, Virginia; Jack McKay, Pillsbury, Winthrop, Shaw & Pittman, LLP, Washington, D.C., for Appellees.

Before NIEMEYER, WILLIAMS, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ziad Akl appeals the district court's orders granting the Defendants' motion to dismiss this civil action, and denying the subsequent motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Akl v. Swersky,* No. 1:06–cv00964–LMB (E.D. Va. filed Nov. 17, 2006 & entered Nov. 20, 2006; filed Dec. 22, 2006 & entered Dec. 26, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*